UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT JACKSON )
5800 Falls Gate Court )
Falls Church, VA 22041 )
)
        Plaintiff, )
)
    v. ) Civil Action No.:
)
PUBLIC COMPANY ACCOUNTING )
OVERSIGHT BOARD )
1666 K St., NW )
Washington, D.C. 20006 )
)
        Defendant. )
)

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446(a) and (b), Defendant Public Company Accounting Oversight Board hereby gives notice of removal of the above-titled action from the Superior Court for the District of Columbia to this Court and in support thereof states:

1. The Complaint was filed in the Superior Court for the District of Columbia (2012 CA 000063 B) on January 5, 2012. Also on January 5, 2012, the Superior Court entered an Initial Order and Addendum. Service of the Complaint was effective on January 9, 2012. Pursuant to 28 U.S.C. § 1446(a), a copy of the Initial Order, Addendum, and the Complaint are attached hereto as Exhibit A.

2. On February 8, 2012, Plaintiff filed the Amended Complaint in the Superior Court. Pursuant to 28 U.S.C. § 1446(a), the Amended Complaint is attached hereto as Exhibit B.

3. In the Complaint, Plaintiff asserts that Defendant breached its anti-retaliation policy contained in its Employment Policies and Procedures Manual. In the Amended Complaint, the Plaintiff additionally asserts that Defendant constructively discharged Plaintiff from his employment.

4. This case is a civil action over which this Court has original jurisdiction and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) because the Federal statute establishing the PCAOB, 15 U.S.C. § 7201 *et seq.*, ("the Sarbanes-Oxley Act"), states that "[PCAOB] shall have the power . . . to sue and be sued, complain and defend, in its corporate name and through its own counsel, with the approval of the Commission, in any Federal, State, or other court." 15 U.S.C. § 7211(f). *See American National Red Cross v. S. G. et al.*, 505 U.S. 247, 250-257 (1992) (where the congressional charter creating an entity contains a "sue and be sued" provision that specifically mentions the federal courts, there is federal-court jurisdiction for all actions to which the entity is a party); *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. Raines*, 534 F.3d 779, 784-788 (D.C. Cir. 2008) (concluding that 12 U.S.C. § 1723(a), which authorizes Fannie Mae to "sue and be sued in any court of competent jurisdiction, State or Federal," established federal subject matter jurisdiction).

5. Pursuant to 28 U.S.C. § 1446(d), Defendant will (a) give written notice to Robert Jackson that the above-titled action has been removed to this Court and (b) will file a copy of this Notice of Removal with the Clerk of the Superior Court for the District of Columbia.

WHEREFORE, Defendant hereby gives notice that the above-titled action now pending against it in the Superior Court for the District of Columbia is removed to this Court.

DATED: February 8, 2012

*Christine N. Kearns*
Christine N. Kearns (D.C. Bar No. 416339)
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
christine.kearns@pillsburylaw.com
rebecca.carr@pillsburylaw.com

*Counsel for Defendant*
*Public Company Accounting Oversight Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2012, the foregoing "Notice of Removal" was served by first-class, postage prepaid, U.S. mail, on the following counsel of record:

Alan Lescht
Alan Lescht & Associates, PC
1050 17th St., NW, Suite 400
Washington, DC 20036
Tel: (202) 463-6036
Fax: (202) 463-6067

_____
Rebecca Carr Rizzo (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
christine.kearns@pillsburylaw.com
rebecca.carr@pillsburylaw.com

*Counsel for Defendant*
*Public Company Accounting Oversight Board*

403320545v1