# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 12-7048**                                      **September Term 2011**

1:12-cv-00208-JEB

Filed On: June 19, 2012 [1379532]

Robert Jackson,

        Appellant

    v.

Public Company Accounting Oversight Board,

        Appellee

### ORDER

Upon consideration of appellant's notice of withdrawal of appeal, it is

**ORDERED** that this case be hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

BY:   /s/
                Mark A. Butler
                Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _[signature]_ Deputy Clerk